No. 736

FAIRBANKS v. RIDGEWAY

Ohio Appeals, Third District, Marion County
No. 610. Decided April 11, 1923

This opinion has not been published except in Abstrac

257. MORTGAGES.

Constructio n of deed as mortgage—Conveyan of property by mortgagee—Where a sale is a nullit broker not entitled to commission—In an accounting mortgagee must be allowed sum spent in investi gating mortgagor's interest in premises.

BY THE COURT.

Epitomized Opinion

This was an action by plaintiff to regain titl to certain prmeises. As the defendant loaned th plaintiff certain money, the plaintiff made a con veyance of certain property to the defendant a security. This conveyance was in the form of deed rather than as a mortgage. During th pendency of the action, the defendant attempte to sell the premises. The defendant, in his answe asked for an accounting. The Court of Appeal held:

1. That the written instrument should be con strued as a mortgage and not as a deed.

2. That the attempted conveyance by defendan did not divest plaintiff of his equity of redemptio

3. As the attempted sale to which plaintiff was not a party was a nullity, a broker's commission thereon did not constitute an item allowable to the defendant in an accounting.

4. That the defendant be reimbursed in the sum of $107.00 as expenses in investigating representations made by plaintiff at the time the loan was made, in accordance with the terms of the agreement.

Attorneys—J. W. McCarron, for Fairbanks; Fred L. Carhart, for Ridgeway.